# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  2:10-cr-00399-MMD-GWF |
| vs. | **ORDER** |
| PAUL WAGNER, | Motion to Disclose Grand Jury Matter (#47) |
| Defendant. | |

This matter comes before the Court on the Government's Motion to Disclose Grand Jury Matter (#47), filed on June 27, 2012.  The Government requests the Court authorize the disclosure of the grand jury transcripts of witness, N.Y., because the transcripts may help the Defendant cross-examine the witness at the time of trial regarding his credibility.  Pursuant to Fed. R. Crim. P. 6(c)(2)(E)(I), the Court may authorize disclosure of a grand jury matter "preliminarily to or in connection with a judicial proceeding."  The government has an obligation to disclose information that may undermine a witness' credibility.  *Giglio v. United States*, 405 U.S. 150 (1972).  The Court will therefore grant the Government's request and authorize disclosure of the grand jury transcripts.  Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion to Disclose Grand Jury Matter (#47) is **granted**.

DATED this 28th day of June, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge