**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL WAGNER, )<br>)<br>Defendant. ) | 2:10-CR-399-MMD-(GWF) |

**ORDER OF FORFEITURE**

On October 12, 2012, defendant PAUL WAGNER was found guilty on Counts One through Seven and Thirteen through Seventeen of a Seventeen-Count Superseding Criminal Indictment, charging him in Count One with Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349; in Counts Two through Seven and Counts Thirteen and Fourteen with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Counts Fifteen through Seventeen with Wire Fraud in violation of Title 18, United States Code, Section 1343; and is subject to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 31; Minutes of Jury Trial Proceedings, ECF Nos. 106-121; Jury Verdict, ECF No. 122.

This Court finds that PAUL WAGNER shall pay a criminal forfeiture money judgment of $4,287,082 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

. . .

Code Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PAUL WAGNER a criminal forfeiture money judgment in the amount of $4,287,082 in United States Currency.

DATED this __28th__ day of __November__, 2012.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE