UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>PAUL WAGNER,<br>　　　　　　　　　　　Defendant. | Case No. 2:10-cr-00399-MMD-GWF<br><br>ORDER |

Before the Court is Defendant Paul Wagner's letter to the Court dated July 11, 2013, requesting continuance of the sentencing hearing (dkt. no. 156).   Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case.  Therefore, Defendant's request will be DENIED as it is procedurally barred. However, counsel for Paul Wagner is directed to meet and confer with his client to discuss the issues raised in Defendant's letter.  Counsel is further directed to explain why a continuance is needed in light of the Court's ruling at the May 6, 2013, hearing that no further continuance would be granted

DATED THIS 16th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE