UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PAUL WAGNER,<br><br>　　　　　　Defendant - Appellant. | Case No. 2:10-cr-00399-MMD-GWF<br><br>United States Court of Appeals No. 13-10419<br><br>ORDER |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, Mitchell Lee Posin, Esq. was granted leave to withdraw as counsel and new counsel was ordered appointed (dkt. no. 183).

It is therefore hereby ordered that the Nevada Federal Public Defender (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel for defendant-appellant Paul Wagner to replace Mitchell Lee Posin, Esq.

It is further ordered, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court will notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED THIS 23rd day of January 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE