UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-399-MMD-GWF |
| Plaintiff-Appellee, | |
| vs. | **ORDER** |
| PAUL WAGNER, | |
| Defendant-Appellant. | |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant Paul Wagner may have until August 31, 2020 to file a reply or traverse to the government's response to his amended Section 2255 motion.

IT IS SO ORDERED.

Dated: July 31, 2020

_____
HON. MIRANDA M. DU
United States District Judge