UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-399-MMD-GWF |
| Plaintiff-Appellee, | |
| vs. | **ORDER** |
| PAUL WAGNER, | |
| Defendant-Appellant. | |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant Paul Wagner may have until September 30, 2020, or until 14 days after the under seal motion filed at E.C.F. No. 340 is ruled upon, if such ruling occurs before September 30, 2020, to file a reply or traverse to the pending Amended Section 2255 motion.

IT IS SO ORDERED.

Dated: August 27, 2020

_____
HON. MIRANDA M. DU
United States District Judge