# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>PAUL WAGNER,<br>　　　　　　　　　　Defendant. | Case No. 2:10-cr-00399-MMD-GWF<br><br>ORDER |

This habeas matter under 28 U.S.C. § 2255 having come before the Court on Defendant Paul Wagner's counsel's motion to withdraw as counsel (ECF No. 352) due to his acceptance of employment with the State. On April 1, 2021, the Court held the motion in abeyance pending Qualls' filing of a reply brief in support of Wagner's motion to vacate. (ECF No. 353.) Qualls' filed the reply. (ECF Nos. 353, 355.) Therefore, Wagner's motion to vacate is fully briefed for the Court to resolve.

Thus, for good cause shown, it is therefore ordered that the motion to withdraw (ECF No. 352) is granted, and that Thomas Qualls is withdrawn as counsel for Wagner.

The Court directs the CJA Unit for the Federal Public Defender Office to assign substitute counsel mainly for the purpose of receiving Wagner's files from Mr. Qualls.

DATED THIS 15th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE