SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No. 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Paul Wagner,<br><br>Defendant. | Case No. 2: 10-CR-00399-MMD-GWF<br><br>**ORDER GRANTING STIPULATION FOR SETTLEMENT REGARDING UNCLAIMED PROPERTY FROM THE STATE OF NEBRASKA** |

    Defendant Paul Wagner was sentenced by this Court on June 9, 2017, and ordered to pay $2,735,678.52 in restitution, joint and several with eight other individuals, as well as $1,200.00 in a special assessment. As of October 27, 2025, $257,687.68 of the restitution obligation has been paid off. Recently, it has come to the parties' attention that the State of Nebraska's Unclaimed Property Division is in possession of funds in which Defendant has an interest. Said funds total $142,691.94.

    On August 27, 2025, the United States filed a Motion to Authorize Payment from the State of Nebraska, Unclaimed Property Division, wherein the United States claims its interest in the funds to be applied to the outstanding restitution owed by Defendant. (ECF 378). After settlement discussions and in an effort to resolve the matter, the parties have agreed to split the

funds, with each party receiving fifty percent (50%) of the held funds, or $71,345.97. Thus, the parties submit as follows:

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff through its attorney, SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, and Cybill Dotson, Assistant United States Attorney, and the Defendant through his attorney, Jay A. Nelson, that the Unclaimed Property Division of the State of Nebraska shall pay to Defendant Paul Wagner's wife the amount of $71,345.97, which represents 50% of the funds currently in its possession. Said funds shall be paid to:

> Monica Wagner
> c/o Jay A. Nelson
> Law Office of Jay A. Nelson
> 637 SW Keck Drive, No. 415
> McMinnville, OR 97128

**IT IF FURTHER STIPULATED AND AGREED** by and between the parties that the Unclaimed Property Division of the State of Nebraska shall pay to the United States of America the amount of $71,345.97, which represents 50% of the funds currently in its possession. Said funds shall be paid to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, Nevada 89101

Payment shall reference Judgment Debtor's name and case number:

"Paul Wagner/ 2:10-CR-00399-MMD-GWF."

Respectfully submitted this __7th__ day of November, 2025.

SIGAL CHATTAH
Acting United States Attorney

/s/ Cybill L. Dotson
CYBILL L. DOTSON
Assistant United States Attorney

/s/ Jay A. Nelson
JAY A. NELSON
Attorney for the Defendant

**IT IS SO ORDERED:**

Dated: November 12, 2025

_____
UNITED STATES DISTRICT JUDGE